# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES ALLEN CRONIN, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-06-1439 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254. He challenges a conviction in the 367th Judicial District Court of Denton County, Texas.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Eastern District of Texas, Sherman Division.

SIGNED at Houston, Texas, on June 28, 2006.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE